# COMPLAINT FORM

**(for filers who are prisoners without lawyers)**

**FILED**

**12/16/2020**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## IN THE UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF _INDIANA_

(Full name of plaintiff(s))

_Christian Scott Barrett_

vs

(Full name of defendant(s))

_MIKE BRANHAM (Sheriff)_

_MIKE HAAG (JAIL STAFF)_

_State of INDIANA_

Case Number:

4:20-cv-0252-TWP-DML

(to be supplied by clerk of court)

## A.   PARTIES

1.   Plaintiff is a citizen of _INDIANA_, and is located at
(State)

_1420 I St. BEDFORD IN, 47421_
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2.   Defendant _____
(Name)

Complaint - 1

is (if a person or private corporation) a citizen of ___INDIANA___

(State, if known)

and (if a person) resides at ___N/A___

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ~~N/A~~ ⁱᶜˢᴮ LARWERENCE CO. CORRECTional center 1420 I St.

(Employer's name and address, if known) Bedford IN 47421

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

I AM INCARCERATED IN THE LARWRENCE

COUNTY CORRECTIONAL CENTER RAN BY SHERRIF

MIKE BRANHAM I HAVE Been Sold ELECTRONic

Ciggarretts against Federal law by MIKE HAAG

Jail Staff on the following occasions - in the Month

of July the 6th, 8th, 10th, 15th, 17th, 20th, 22nd,

24th, 27th, 29th, 31st, in the month of August -

the 3rd, the 5th, 10th, 12th, 14th, 17th, 19th, 21st, 24th,

26th, 28, 31st in the month of September the 2nd, 4th,

7th, 9th, 11th, 14th, 16th, 18th, 21st, 23rd, 25th, 28th, 30th

in the month of October- the 2nd, 5th, 7th, 9th, 12th, 14th, 16th, 19th, 21st, 23rd, 26th, 28th, 30th in the month of November- the 4th, 6th, 9th, 11th, 13th, 16th, 18th, 20th. These following dates were in 2020 All purchases are time stamped Site Charge withdrawal :: E-cigg :: E-cigg:: the website is www.INMATECANTEEN.COM under account # 18720 Christian Barrett I Filed a grievence on the same account after I was informed that I was being Sold tobacco products against Federal law because I am 19 years of age the only response to the grievence was the jail no longer Selling E-ciggs to me there was no written response within 7 buisness days of my Grievence I then tried purchasing an E-cigg and MIKE HAAG Stated "I don't Recall ever selling you an E-cigg". They sold me these tobacco products for profit and financial gain.

C. JURISDICTION

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I want 5,000 dollars for each offense I was
sold tobacco products 57 times I also
want personal injury to my lengs approximately
50,000 and the court to order the lawerence county
Security center to stop selling minors tobacco products
I also want mike HAAG criminaly charged for
violating a Federal law.

E.     JURY DEMAND

☑     Jury Demand - I want a jury to hear my case
                    OR

☐     Court Trial – I want a judge to hear my case

Dated this ___11th___ day of ___December___ 20 _20_.

Respectfully Submitted,

___Christian S Barrett___
Signature of Plaintiff

___N/A___
Plaintiff's Prisoner ID Number

___1420 I St. BEDFORD, INDIANA___
___47421___
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑     I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐     I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.