UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| CHRISTIAN SCOTT BARRETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:20-cv-00252-TWP-DML |
| ) | |
| MIKE BRANHAM, et al. ) | |
| ) | |
| Defendants. ) | |

# **FINAL JUDGMENT**

The Court having this day issued its Entry directing the entry of final judgment, now enters

FINAL JUDGMENT and this action is **dismissed** pursuant to 28 U.S.C. § 1915A.

Date: 2/8/2021

Roger A. G. Sharpe, Clerk of Court

By: _____
Deputy Clerk

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

CHRISTIAN SCOTT BARRETT
1420 I Street
Bedford, IN 47241